UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRIAG LTD., <br><br>        Plaintiff,<br>   vs.<br><br>ALEXIN ENTERPRISES, INC.,<br>et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 12-1396 LJO BAM <br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 11.) |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 15, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the December 19, 2012 status conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   December 3, 2012                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE