IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRIAG LTD, | CASE NO. CV F 12-1396 LJO BAM |
| Plaintiff, | **ORDER TO DENY DISMISSAL** |
| vs. | (Doc. 13.) |
| ALEXIN ENTERPRISES, et al., | |
| Defendants. | |

Plaintiff filed a January 15, 2013 dismissal ("January 15 document") to attempt to dismiss this action and which fails to comply with this Court's December 3, 2012 order. The January 15 document fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. The January 15 document is not a stipulation and lacks the necessary signature of defense counsel. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii) and the December 3, 2012 order. This Court ORDERS the parties, no later than **January 22, 2013**, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss this action in its entirety; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders. This Court FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including monetary sanctions and/or dismissal of this action with or without prejudice.

IT IS SO ORDERED.

Dated:   **January 16, 2013**          /s/  Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1