1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  NUTRIAG LTD.,                               CASE NO. CV F 12-1396 LJO BAM

12              Plaintiff,                      **ORDER TO DISMISS AND TO CLOSE ACTION**

13       vs.                                    (Doc. 15.)

14  ALEXIN ENTERPRISES, INC.,

15              Defendant.

                                        /

16

17       Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18       1.      DISMISSES with prejudice this entire action and all claims;

19       2.      VACATES all pending dates and matters; and

20       3.      DIRECTS the clerk to close this action.

21

22       IT IS SO ORDERED.

23  **Dated:    January 17, 2013**          /s/  Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1